**Nebraska Court of Appeals Memorandum Opinions**
**NOT Selected for Posting to Court Website**

**(released the week prior to May 7, 2019)**

The following memorandum opinions were filed by the Nebraska Court of Appeals and can be viewed using SSCALES:

| | |
|---|---|
| A-18-103 | State v. Jenkins |
| A-18-489 | State v. Gibbons |
| A-18-566 | State v. Suggitt |
| A-18-731 | In re Interest of Sireyha B. |
| A-18-1012,<br>A-18-1013 | State v. Lilienthal |

The above-listed memorandum opinions can be viewed online through the appellate court case search available by subscription through Nebraska.gov: http://www.nebraska.gov/subscriber/.

Current subscribers to Nebraska.gov can search appellate court cases here: https://www.nebraska.gov/courts/sccales/.